No. 03–8346. IN RE COOPER;
No. 03–8796. IN RE TORRES;
No. 03–8962. IN RE BRADLEY;
No. 03–9180. IN RE BUTLER;
No. 03–9217. IN RE MENDEZ;

No. 03–9361. IN RE RILEY; and

No. 03–9438. IN RE SIMMONDS. Petitions for writs of mandamus denied.